DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## WEAVER v. WEAVER

No. 124P88.

Case below: 88 N.C. App. 634.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

## WILLIAMS v. MOORE

No. 72P88.

Case below: 88 N.C. App. 483.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.